# *United States District Court for the Northern District of Illinois*

Case Number: `08CV2002`            Assigned/Issued By: `DAJ`

Judge Name: `MORAN`               Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP           ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

`6` Original and `6` copies on `07/15/08` as to `US ATTORNEY,`
                                (Date)
`US ATTORNEY GENERAL, RUTH DOROCHOFF, ROBERT MUELLER III,`

`MICHAEL CHERTOFF, EMILIO GONZALEZ`

C:\wpwin80\docket\feeinfo.frm    03/14/05